# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

Case No.: 6:22-cv-01586-CEM-DAB

HOWARD COHAN,

     Plaintiff,

vs.

BARBEQUE INTEGRATED, INC.
a Foreign Profit Corporation
d/b/a SMOKEY BONES BAR & FIRE GRILL #7521,

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

Defendant, Barbeque Integrated, Inc. d/b/a Smokey Bones Bar & Fire Grill #7521 ("Defendant"), on behalf of all parties and in accordance with Local Rule 3.09(a), hereby advises the Court that the parties have reached a settlement of the above-styled claim. The parties are in the process of preparing a formal settlement agreement and will file a Joint Stipulation of Dismissal *with Prejudice* shortly.

Dated:  October 25, 2022.

Respectfully submitted,

By: */s/ Arlene K. Kline*_____
Arlene K. Kline
Florida Bar No. 104957
E-mail: arlene.kline@akerman.com
Paige S. Newman
Florida Bar No. 1010358
E-mail: paige.newman@akerman.com
**AKERMAN LLP**

777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL  33401-6183
Telephone:  (561) 653-5000
Facsimile:  (561) 659-6313

*Counsel for Defendant Barbeque
Integrated, Inc. d/b/a Smokey Bones Bar
& Fire Grill #7521*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2022, the foregoing document is being served on counsel of record identified in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  */s/ Arlene K. Kline*
Arlene K. Kline
Florida Bar No. 104957

2

### SERVICE LIST

*Howard Cohan v. Barbeque Integrated, Inc. d/b/a Smokey Bones Bar & Fire Grill #7521*
*Case No.: 6:22-cv-01586-CEM-DAB*
**United States District Court, Middle District of Florida**
**Orlando Division**

Gregory S. Sconzo, Esq.
E-mail: greg@sconzolawoffice.com
Samantha L. Simpson, Esq.
E-mail: samantha@sconzolawoffice.com
Sconzo Law Office, P.A.
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
*Attorneys for Plaintiff, Howard Cohan*
*(via CM/ECF)*

3