UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

6:22-cv-01586-CEM-DAB

HOWARD COHAN,

     Plaintiff,

v.

BARBEQUE INTEGRATED, INC.
a Foreign Profit Corporation
d/b/a SMOKEY BONES BAR & FIRE GRILL #7521

     Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

Plaintiff, Howard Cohan, and Defendant, BARBEQUE INTEGRATED, INC. d/b/a SMOKEY BONES BAR & FIRE GRILL #7521, a Foreign Profit Corporation, having entered into a Confidential Settlement Agreement thereby resolving the claims brought in the above-referenced Action, hereby stipulate to the dismissal of the above-styled action *with prejudice*.

Each party shall bear his and its own costs, expert fees, attorneys' fees, except as otherwise specified by the Parties in the Confidential Settlement Agreement.

Dated: December 8, 2022.

67669002;1

2

/s/ Arlene K. Kline
Arlene K. Kline (FBN: 104957)
E-mail: arlene.kline@akerman.com
Paige S. Newman (FBN: 1010358)
E-mail: paige.newman@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
West Tower, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Facsimile: (561) 659-6313
*Attorneys for Defendant*

/s/ Gregory S. Sconzo
Gregory S. Sconzo (FBN: 0105553)
E-mail: greg@sconzolawoffice.com
Samantha L. Simpson (FBN: 1010423)
E-mail: samantha@sconzolawoffice.com
**SCONZO LAW OFFICE, P.A.**
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
*Attorneys for Plaintiff*

67669002;1